**Fill in this information to identify the case:**

Debtor 1 **Shannon I Nyhart**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Northern District of Illinois**
(State)

Case Number **21-11788-C**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** SN SERVICING CORPORATION

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7 8 9 6

**Property Address:**
7314 Evans Place
Number Street

Darien IL 60561
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.ndc.org.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 105,557.64 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 105,557.64 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 105,557.64 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Glenn Stearns
Signature

Date 08/27/2026

Trustee Glenn Stearns
First Name Middle Name Last Name

Address 801 Warrenville Road, Suite 650
Number Street

Lisle IL 60532-4350
City State ZIP Code

Contact phone (331) 214-6290 Email jones_c@lisle13.com

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888 Fax: (630) 981-3896

In re:
Shannon I Nyhart

Case No. 21-11788
Account No. 7896

SN SERVICING CORPORATION
323 FIFTH ST
EUREKA, CA, 95501

DAVID CUTLER
4131 MAIN ST
SKOKIE, IL 60076

**TRUSTEE'S NOTICE OF DISBURSEMENTS MADE UNDER RULE 3002.1(g)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), the Chapter 13 Trustee, Glenn B. Stearns, files this Trustee's Notice of Disbursements Made.

Within 28 days of the service of the Trustee's Notice of Disbursements Made, the creditor MUST file and serve a response. The response must be filed as a supplement to the claim holder's proof of claim using Form 410C13-NR and be served on the debtor, debtor's counsel and the Chapter 13 Trustee. The response is not subject to Rule 3001(f).

Failure to give notice or respond may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on August 27, 2026 .

/S/ Casey Jones

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee