**Fill in this information to identify the case:**

Debtor 1 Shannon I. Nyhart

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number 21-11788

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** U.S. Bank Trust National Association, as Trustee for LB-Ranch Series VI Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 8 9 6

**Property address:**

7314 Evans Place
Number Street

____________________

Darien IL 60561
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 105,557.64.

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ __________.

☑ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ __________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 09/02/2026

ii. Date next postpetition payment from the debtor is due: 10/01/2026

iii. Amount of the next postpetition payment that is due: $ 1,457.58

iv. Unpaid principal balance of the loan: $ 66,634.89

v. Additional amounts due for any deferred or accrued interest: $ 324.27
Per Payoff Interest good through 09/30/2026

vi. Balance of the escrow account: $ 965.00

vii. Balance of unapplied funds or funds held in a suspense account: $ 281.06

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 0.00

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

❑ I am the claim holder.

☑ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Richard J. LaCivita Date 09/18/2026
Signature

Name Richard J. LaCivita
First name Middle name Last name

Title Attorney for Creditor

Company Sottile and Barile, Attorneys at Law
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 394 Wards Corner Road, Suite 180
Number Street

Loveland OH 45140
City State ZIP Code

Contact phone (513) 444-4100 Email bankruptcy@sottileandbarile.com

SN SERVICING CORPORATION
323 5th Street
Eureka, CA 95501

(800) 603-0836
Para Español, Ext. 2932
8:00 a.m. 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 03, 2026

SHANNON NYHART
7314 EVANS PLACE
DARIEN, IL 60561

Your Reference:

Re: [redacted]
SHANNON I NYHART
7314 EVANS PLACE
DARIEN, IL 60561

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 09/30/2026 |
| Principal Balance | $66,634.89 |
| Interest to 09/30/2026 | $ 324.27 |
| Other (See Attached Detail) | $0.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | ($ 281.06) |
| Total Payoff | $66,678.10 |
| Per diem | $ 11.18 |

The next payment due is 10/01/2026. The current interest rate is 6.125 % and the P&I payment is $ 905.34.

**PAY OFF INSTRUCTIONS/INFORMATION:**

- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:** LB-Ranch Series VI Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | LB-Ranch Series VI Trust |
| LB-Ranch Series VI Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | ACCT #8095283520 |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | ABA #111014325 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY

SERVICING CORPORATION

## PAYOFF DETAIL

[redacted]

| DESCRIPTION OF OTHER | | AMOUNT | |
|---|---|---|---|
| LATE CHARGES | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |
| | | .00 | |
| | | .00 | |
| | | 00 | |
| | | 00 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | **0** | **TOTAL** |

**FUNDS OWED FROM BORROWER**

| | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| PREPAYMENT PENALTY | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| **ESCROW ADVANCE | Taxes / Insurance | 0.00 | |
| | | **$0.00** | **TOTAL** |

**FUNDS OWED TO BORROWER**

| | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| UNAPPLIED | | $281.06 | |
| **ESCROW | **Balance to be refunded to Borrower at Payoff** | $965.00 | |
| INTEREST ON ESCROW | | $0.00 | |
| INTERST ON LOSS DRAFT | | $0.00 | |
| LOSS DRAFT | | 00 | |
| | | **$1,246.06** | **TOTAL** |

**In the event of an escrow disbursement amount may change

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 21-11788 |
| Shannon I. Nyhart | Chapter 13 |
| Debtor. | Hon. Judge David D. Cleary |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Trustee's Notice of Disbursements Made upon the above-named parties by electronic filing or, as noted below, by placing the same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 18, 2026, before the hour of 5:00 p.m.

David H Cutler, Debtor's Counsel
cutlerfilings@gmail.com

Glenn B. Stearns, Chapter 13 Trustee
stearns_g@lisle13.com

Adam Brief, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Shannon I. Nyhart, Debtor
7314 Evans Place
Darien, IL 60561

Dated: September 18, 2026

Respectfully Submitted,

/s/ Richard J. LaCivita

Richard J. LaCivita (OH 0072368)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor